# The Meyers Law Firm

**11 Park Place, Suite 1503**
**New York, New York 10007**
**(212) 252-1212**
**e-mail:** themeyerslawfirm@gmail.com

Glenn R. Meyers

Of counsel
Allan S. Meyers, Esq

April 4, 2024

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Brian Johnson v City of New York, et. al. 23 Civ 3811 (PKC)

Your Honor:

Thank you for affording me the opportunity to file this Letter at this time. Pursuant to the Individual Practices in Civil Cases rules of this court, I checked the docket and am not aware of any in-person conferences upcoming in this case at this time. The next deadline is for a Response to a Letter Motion to Dismiss made by the Defendant, City of New York which is tomorrow April 4, 2024.

This Letter is hereby filed before this Court to respectfully request that we be allowed time to amend our Complaint, including but not limited to, the names of the previously stated John and/or Jane Does until April 15, 2023 to Amend the Complaint and file Proposed Summons' etc.

We believe that allowing us to amend the Complaint will be in and of itself a response to much of the Letter Motion made by the Defendant City on February 12, 2024.

We believe that the defendant's Motion for dismissal is premature as the plaintiff has the right to at least some discovery and cannot properly respond to all of the allegations made in the Letter as much of it depends upon testimony of individuals and other documents inclusion that are not in our control.

We further respectfully request that the defendant City provide the initial disclosures as discussed in the United States District Court, Southern District of New York, Plan for Certain § 1983 cases against The City of New York.

The defendant has not filed their Answer and has not provided initial disclosures but makes a Letter Motion to Dismiss.

If this Court deems it right to order defendant to provide initial disclosures, we respectfully ask for 7-10 days after such initial disclosures are physically in hand for proper assessment of such documents and to amend the Complaint as necessary.

During the time that we are given to amend and file Summons' for review we ask respectfully that this Court adjourn or stay the date of the response due to the February 12, 2024, letter Motion until a time when the docket can represent the names of the officers and/or employees previously known as John or Jane Doe.

As the Court is aware this case is regarding, the plaintiff, Brian Johnson who spent four years in prison serving time that could have and/or should have been avoided.  Later the Appellate Division 1st Department concurred.

We respectfully ask this Court for allow the plaintiff, Brian Johnson access to the initial disclosures and the opportunity to amend the Complaint and serve other necessary parties prior to Motion Practice so Mr. Johnson can prosecute his action and respond to Motion Practice with full knowledge and documents that are part of the § 1983 Plan.

Thank you for taking the time to read this letter.

Very truly yours,

Glenn R. Meyers